

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00132-CR

ALFRED REYNOLDS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 22-F-0098-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

MEMORANDUM OPINION

A Bowie County jury found Alfred Reynolds guilty of one count of aggravated assault with a deadly weapon, a second-degree felony, and three counts of the third-degree felony offense of deadly conduct. *See* TEX. PENAL CODE ANN. § 22.02 (Supp.), § 22.05. Based on the jury's assessment of punishment, the trial court sentenced Reynolds to twenty years' incarceration for aggravated assault with a deadly weapon, and ten years on each of the three deadly conduct convictions, with the sentences to run concurrently.

The evidence shows that Reynolds fired three rounds at close range to a sedan in the parking lot of a Texarkana apartment complex. The front passenger-seat occupant was wounded, resulting in the aggravated assault charge. The driver's seat was occupied, and there were two children in the backseat. The deadly conduct charges related to the driver's seat occupant and the two children in the backseat.

In his consolidated brief, Reynolds purports to address all four of his convictions. This opinion addresses Reynolds's conviction of deadly conduct as to one of the children in the vehicle.[1]

Reynolds presents one point of error in his consolidated brief, but that point of error only challenges the evidence sufficient to support the deadly conduct convictions as to the driver's seat occupant and the children in the rear of the vehicle. The gist of Reynolds's lone consolidated point of error is that he was aiming at the person in the front passenger seat, so he did not discharge his firearm "at or in the direction of" any of the other vehicle occupants. We

---

[1]Reynolds was charged with deadly conduct against one of the children in the backseat in trial court cause number 22F0098-202.

addressed this issue based on the same facts in detail in our opinion of this date in Reynolds's appeal in cause number 06-24-00134-CR.  Based on the reasoning in that opinion, issued on this same date herewith, we likewise overrule Reynolds's sole issue in this appeal.

We affirm the trial court's judgment.


Charles van Cleef
Justice


Date Submitted:     March 3, 2025
Date Decided:       May 6, 2025

Do Not Publish